UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Christian Stolberg,**

   *Plaintiff,*

**v.**                                    **Case No: 8:24-cv-02701-CEH-LSG**

**Equifax Information Services, LLC,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services, LLC from this case with prejudice.

Dated December 3, 2024,

                                                        **SERAPH LEGAL, P. A.**

                                                        */s/ Bridget L. Scarangella*
                                                        Bridget L. Scarangella, Esq.
                                                        Florida Bar No.: 1022866
                                                        BScarangella@SeraphLegal.com
                                                        Seraph Legal, P. A.
                                                        2124 West Kennedy Boulevard, Suite A
                                                        Tampa, FL 33606
                                                        (813) 321-2345
                                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866