## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTIAN STOLBERG,

      Plaintiff,

v.                                   Case No: 8:24-cv-2701-CEH-LSG

EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

_____

## <u>ORDER</u>

      This matter is before the Court upon review of the file. Pursuant to a notice of settlement (Doc. 13), the Court entered an Order on December 3, 2024, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 14). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

      Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on April 9, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties